IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY LINDSEY BEARRY, #132358, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO 2:16-cv-263-WHA |
| ) | |
| ALA. DEPT. OF CORRECTIONS ) | (WO) |
| RECORDS & TRANSPORTATION ) | |
| DIVISION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #7), entered on May 5, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Plaintiff's Motion to Dismiss (Doc. #5) is GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs or fees are taxed herein.

4. Final Judgment will be entered accordingly.

DONE this 16th day of June, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE